1  **JASON K. SINGLETON**, State Bar #166170
   jasn@singletonlawgroup.com
2  **RICHARD E. GRABOWSKI**, State Bar #236207
   rgrabowski@mckinleyville,net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5
6  Attorney for Plaintiff, JEFF HOHLBEIN

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | JEFF HOHLBEIN,                          ) Case No. 1:09-CV-03518-NJV
11 |                                         )
   |        Plaintiff,                       ) **STIPULATION OF DISMISSAL WITH**
12 | v.                                      ) **PREJUDICE AND (Proposed) ORDER**
13 |                                         )
   | **CRESCENT NORTHWOODS INN, INC.**, a    )
14 | California Corporation, **BHANU PATEL**,)
   | dba **BEST WESTERN NORTHWOODS**         )
15 | **INN, JAYA INVESTMENTS**, a California )
   | General Partnership, and DOES ONE to    )
16 | FIFTY, inclusive,                       )
17 |                                         )
   |        Defendants.                      )
18

19      Plaintiff JEFF HOHLBEIN and Defendants CRESCENT NORTHWOODS INN, INC.,
20 BHANU PATEL, dba BEST WESTERN NORTHWOD INN, JAYA INVESTMENTS, (collectively
21 "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:
22      1.      The Parties have entered into a Confidential Settlement Agreement and General
23 Release in this matter whereby they have resolved all claims and agreed to the dismissal of
24 the above-captioned action with prejudice, each party to bear their own attorney fees and
25 costs.
26 ///
27 ///
28 ///

STIPULATION AND ORDER OF DISMISSAL            1                        1:09-CV-03518-NJV

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: December 8, 1009   /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **JEFF HOHLBEIN**

**GEORGE M. MAVRIS, ATTORNEY AT LAW**

Dated: December 1, 2009   /s/ George M. Mavris
George M. Mavris, Attorney for Defendants
**CRESCENT NORTHWOODS INN, INC., BHANU PATEL, dba BEST WESTERN NORTHWOODS INN, JAYA INVESTMENTS**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>JEFF HOHLBEIN v. CRESCENT NORTHWOODS INN, INC., et al.</u>, Case Number 1:09-CV-03518-NJV, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: December 21, 2009   _____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE